UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTI LYNNE HEIM,**

      **Plaintiff,**

v.                                                         **Case No: 6:13-cv-1923-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on December 17, 2013, seeking judicial review of a final decision by the Commissioner of the Social Security Administration denying Plaintiff's claim for benefits under the Federal Old-Age, Survivors, and Disability Insurance Programs ("OASDI"), 42 U.S.C. § 401 *et seq*.

The United States Magistrate Judge Karla R. Spaulding filed a Report and Recommendation (Doc. 16) on December 5, 2014, recommending that the Commissioner's final decision be reversed and remanded for further proceedings consistent with the Report and Recommendation.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 16) filed on December 5, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation. (Doc. 16). Specifically, having recognized an evidentiary gap in the record, the Administrative Law Judge shall fully and fairly develop the record to remove said evidentiary gap.

3. All remaining assignments of error by Plaintiff are hereby **DISMISSED**.

4. The Clerk is directed to enter judgment accordingly and close the case.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record